*Friday, January 25, 2002*

## MEDIATION DOCKET

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**01–2248.   State ex rel. Baker v. Indus. Comm.**
Franklin App. No. 01AP–447.

## MOTION DOCKET

**01–871.   State v. Ahmed.**
Belmont C.P. No. 99CR192. This cause is a death penalty appeal from the Court of Common Pleas of Belmont County. On December 31, 2001, appellant, proceeding *pro se,* filed a document containing five motions. Whereas, on December 5, 2001, this court remanded this matter to the trial court for appointment of counsel,

IT IS ORDERED by the court that appellant's document containing *pro se* motions be, and hereby is, stricken.

**01–1634.   State ex rel. Capitol Mfg., Div. of Harsco Corp. v. Johnson.**
Franklin App. No. 00AP–1100. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion for extension of time to file appellants' merit brief in this case pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellants' merit brief is due on or before March 1, 2002.

**01–1712.   State ex rel. Graf v. Sears Roebuck & Co.**
Franklin App. No. 00AP–1380. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the motion of appellee Linda Graf for extension of time to file appellee's merit brief in this case pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellee's merit brief is due on or before March 25, 2002.

**01–2072.   State v. Adams.**
Trumbull C.P. No. 00CR700. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Trumbull County. Upon consideration of appellant's motion for extension of time to transmit the record,

IT IS ORDERED by the court that the motion for extension of time to transmit the record be, and hereby is, granted, and the time for transmitting the record is extended to March 25, 2002.

**01–2154.   Rancman v. Interim Settlement Funding Corp.**
Summit C.P. No. 20523. On January 3, 2002, *amici curiae,* Lawfunds, LLC et al. filed a memo opposing appellee's motion to strike additional memoranda in support of jurisdiction. On January 10, 2002, *amici curiae* filed an amended memo. Whereas there are no provisions in the Rules of Practice permitting *amici curiae* to file such documents without prior leave of the court,

IT IS ORDERED by the court, *sua sponte,* that the memo opposing appellee's motion to strike and the amended memo filed by *amici curiae* be, and hereby are, stricken.

## DISCIPLINARY DOCKET

**98–423.   Columbus Bar Assn. v. King.**
On January 10, 2002, respondent filed a motion for elimination or reduction of time and for clarification of the issues presented at oral argument on January 8, 2002. It is determined by the court that respondent's motion consists of arguments on the merits of the case. Whereas S.Ct.Prac.R. IX(9) prohibits the filing of additional materials relating to the merits of the case after the case has been